## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL A. TAICLET, DMD, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CNA FINANCIAL CORPORATION, and TRANSPORTATION INSURANCE COMPANY,<br><br>*Defendants*. | Civil Action No.: 2:20-CV-01552 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CNA FINANCIAL CORPORATION

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice as to Defendant CNA Financial Corporation only.

Dated: November 3, 2020

Respectfully submitted:

*/s/ Kelly K. Iverson*
Gary F. Lynch
Kelly K. Iverson
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
P: (412) 322-9243
F: (412) 231-0246
glynch@carlsonlynch.com
kiverson@carlsonlynch.com

Howard M. Louik
**LOUIK LAW OFFICES**
Pittsburgh, PA 15228
P: (412) 889-7541
F: (412) 391-7310
howard@louiklaw.net

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that, on November 3, 2020, I caused a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal of Defendant CNA Financial Corporation to be served via CM/ECF on all counsel of record who have entered an appearance.

*/s/ Kelly K. Iverson*
Kelly K. Iverson