## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL A. TAICLET, on behalf of himself and all others similarly situated,   ) ) ) | |
| Plaintiff,   ) ) | 2:20-cv-01552 |
| v.   ) ) | Chief Judge Mark R. Hornak |
| TRANSPORTATION INSURANCE COMPANY,   ) ) ) | |
| Defendant.   ) | |

## **ORDER**

AND NOW, on this 14th day of October, 2022, the Court enters the following Order: For the reasons stated in this Court's Memorandum Order of this date, Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 37) is GRANTED and Plaintiff's Amended Complaint (ECF No. 33) is DISMISSED with prejudice. The Clerk will CLOSE the case.

s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

Dated:   October 14, 2022