UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL A. TAICLET, DMD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CNA FINANCIAL CORPORATION; and TRANSPORTATION INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:20-cv-01552-MRH |

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff PAUL A. TAICLET, DMD hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Opinion (ECF No. 52) and Order granting Defendants' Motion to Dismiss (ECF No. 53) dated October 14, 2022.

Date: November 14, 2022

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
gary@lcllp.com
kelly@lcllp.com

Howard M. Louik
**LOUIK LAW OFFICES**
750 Washington Road, Unit 705
Pittsburgh, PA 15228
P: (412) 889-7541
F: (412) 391-7310
howard@louiklaw.net

*Attorneys for Plaintiff*