# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3155

Paul Taiclet v. CNA Financial Corp, et al

(W.D. Pa. No.: 2-20-cv-01552)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 28, 2024
CJG/cc:   H. Christopher Boehning, Esq.
          Ilana H. Eisenstein, Esq.
          Nathan P. Heller, Esq.
          Kelly K. Iverson, Esq.
          Brandy S. Lonchena,
          Danielle T. Morrison, Esq.
          Kannon K. Shanmugam, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate